ROBERT S. BREWER, JR.
United States Attorney
Matthew R. Hoffman
Stephen K. Moulton
Special Assistant United States Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (202) 307-6162
Email: matthew.r.hoffman@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>ARMOND ARIA,<br><br>　　　　Defendant. | Case No. 20CR 3191-LAB<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT ONE

On or about October 15, 2013, in the Southern District of California, ARMOND ARIA did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return, for calendar year 2012, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That document, which was prepared and signed in the Southern District of California and was filed with the Internal Revenue Service, stated on line 43 that ARMOND ARIA's taxable income

Information

was $0, whereas, as he then and there knew, his taxable income was greater than $0.

10/5/2020
_____
DATED

MRH
_____
MATTHEW R. HOFFMAN
STEPHEN K. MOULTON
Special Assistant U.S. Attorneys